DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA 95814
(916) 552-6660
Fax: (916) 447-0592

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12 CR 00399 JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT FINDINGS AND ORDER |
| vs. | |
| RAMON LEVARIO, et al. | |
| Defendant | |

Plaintiff, United States of America, by and through its counsel of record, JILL THOMAS and defendants, RAMON LEVARIO, by his counsel DANNY D. BRACE, JR., SONNY GONZALEZ by his counsel  JASON LAWLEY, and JESSE MONTANEZ, by his counsel KELLY BABINEAU, hereby stipulate as follows:

1.      By previous order, this matter was set for status on October 8, 2013.

2.      By this stipulation, the defendant now moves to continue the status conference until November 19, 2013 at 9:45 a.m., and to exclude time between October 8, 2013 and November 19, 2013 under Local Code T4.  Plaintiff does not oppose this request.

3.      The parties agree and stipulate, and request that the Court find the following:

a.      Counsel for the defendants desire additional time to consult with their clients

regarding a resolution to this case.

b.      Counsel for the defendants believe that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c.      The government does not object to the continuance.

d.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

e.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 8, 2013, to November 19, 2013, at 9:45 a.m. inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully submitted,

Date:  9-30-13                                          By: /s/ Danny D. Brace, Jr.,
                                                        DANNY D. BRACE, JR.,
                                                        Attorney for
                                                        Ramon Levario

Date:  9-30-13

By: Jason Lawley
Authorized to sign for Mr. Lawley
On September 30, 2013
Jason Lawley, Attorney for
Sonny Gonzalez

Date:  9-30-13

By: Kelly Babineau
Authorized to sign for Ms. Babineau
On September 30, 2013
Kelly Babineau Attorney for
Jesse Montanez

Date:  9-30-13

By:/s/ Jill Thomas
Authorized to sign for Ms. Thomas
On September 30, 2013
Jill Thomas
Assistant U.S. Attorney

**IT IS SO ORDERED:**

**Dated:  9/30/2013**

/s/ John A. Mendez
HON. JOHN A. MENDEZ