KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
901 H Street, Suite 203
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for JESSE MONTANEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,   ) No. 2:12-CR-00399 JAM
                        Plaintiff,   )
                                     ) STIPULATION AND
        v.                           ) ORDER TO CONTINUE
                                     ) STATUS CONFERENCE
                                     )
RAMON LEVARIO, et. al.               )
                                     ) Date: 3-11-2014
                        Defendant.   ) Time: 9:45 a.m.
_____) Judge: Hon. John A. Mendez

Plaintiff United States of America, by and through its counsel of record, JILL THOMAS and defendants RAMON LEVARIO, by and through his counsel, DANNY D. BRACE, SONNY GONZALEZ, by and though his counsel, JASON LAWLEY, and JESSE MONTANEZ, by and through his counsel of record, KELLY BABINEAU, hereby stipulate as follows:

1.      By previous order, this matter was set for status on January 28, 2014.

2.      By this stipulation, defendants now move to continue the status conference until March 11, 2014 at 9:45 a.m, and to exclude time between January 28, 2014 and March 11, 2014, under Local Code T4.  Plaintiff does not oppose this request.

-1-

3.     The parties agree and stipulate, and request that the Court find the following:

a.     The government has provided the discovery in this case.

b.     Counsel for defendants desire additional time to complete the review of discovery, to conduct defense investigation, and to discuss potential resolutions with her client.  Counsel is continuing to engage in negotiations with the government

c.     Counsel for defendants believe that failure to grant the above-requested continuance would deny their reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.     The government does not object to the continuance.

e.     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 28, 2014 to March 13, 2014 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable

from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  January 27, 2014                    Respectfully submitted,

                                            /s/ JILL THOMAS
                                            Kelly Babineau for:
                                            JILL THOMAS
                                            Assistant US Attorney


Dated: January 27, 2014                     /s/ KELLY BABINEAU
                                            KELLY BABINEAU
                                            Attorney for JESSE MONTANEZ

Dated: January 27, 2014                     /s/ DANNY BRACE
                                            Kelly Babineau for:
                                            DANNY BRACE
                                            Attorney for RAMON LEVARIO

Dated: January 27, 2014                     /s/ JASON LAWLEY
                                            Kelly Babineau for:
                                            JASON LAWLEY
                                            Attorney for SONNY GONZALEZ


# O R D E R

IT IS SO FOUND AND ORDERED this 27th day of January, 2014.

                                            /s/ John A. Mendez
                                            JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE