HEATHER E. WILLIAMS, State Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, New York State Bar No. 5342100
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
RAMON JOSE LEVARIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, vs. RAMON JOSE LEVARIO, *Defendant.* | Case No. 2:12-cr-00399-JAM-GGH **SEALING ORDER** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Defendant Ramon Jose Levario's Reply to the Government's Opposition to Defendant's Emergency Motion for Compassionate Release, and Exhibits A through C, shall be filed **under seal** until further order of the Court.

**IT IS SO ORDERED.**


DATED:   6/5/2020                         /s/ John A. Mendez
                                          JOHN A. MENDEZ
                                          U. S. District Court Judge
                                          Eastern District of California