PHILLIP A. TALBERT
United States Attorney
R. ALEX CARDENAS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>RAMON JOSE LEVARIO,<br><br>             Defendant. | CASE NO. 2:12-cr-00399-JAM-1<br><br>**STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; FINDINGS AND ORDER**<br><br>DATE: April 9, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant Ramon Jose Levario, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing on April 9, 2024.

2. By this stipulation, the parties now move to continue the admit/deny hearing until **May 21, 2024, at 9:00 a.m.**

3. Mr. Levario has a pending state case relating to Charge 1 in the Superseding Petition for a New Law Violation, specifically an allegation for Driving Under the Influence of Alcohol 0.08%. In light of Mr. Levario's next scheduled hearing date on the state matter, the parties desire additional time to discuss any possible resolution of the alleged violations.

4. The assigned probation officer does not oppose the requested continuance.

///

IT IS SO STIPULATED.

Dated: March 28, 2024        PHILLIP A. TALBERT
                             United States Attorney

                             */s/ R. ALEX CARDENAS*
                             R. ALEX CARDENAS
                             Assistant United States Attorney

Dated: March 28, 2024        */s/ DOUG J. BEEVERS*
                             DOUG J. BEEVERS
                             Counsel for Defendant
                             Ramon Jose Levario

## ORDER

IT IS SO FOUND AND ORDERED.

Dated: March 29, 2024        /s/ John A. Mendez
                             THE HONORABLE JOHN A. MENDEZ
                             SENIOR UNITED STATES DISTRICT JUDGE