PHILLIP A. TALBERT
United States Attorney
R. ALEX CARDENAS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMON JOSE LEVARIO,<br><br>Defendant. | CASE NO. 2:12-cr-00399-JAM-1<br><br>**STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; FINDINGS AND ORDER**<br><br>DATE: May 21, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Ramon Jose Levario, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing on May 21, 2024.

2. By this stipulation, the parties now move to continue the admit/deny hearing until **July 23, 2024, at 09:00 a.m.**

3. Mr. Levario has a pending state case relating to Charge 1 in the Superseding Petition for a New Law Violation, specifically an allegation for Driving Under the Influence of Alcohol 0.08%. In light of Mr. Levario's next scheduled hearing date for his state matter, May 23, 2024, the parties desire additional time to discuss any possible resolution of the alleged violations.

4. The assigned probation officer does not oppose the requested continuance.

///

STIPULATION RE CONTINUANCE OF ADMIT/DENY HEARING

1

IT IS SO STIPULATED.

Dated: May 17, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ R. ALEX CARDENAS
R. ALEX CARDENAS
Assistant United States Attorney

Dated: May 17, 2024

/s/ DOUG J. BEEVERS
DOUG J. BEEVERS
Counsel for Defendant
Ramon Jose Levario

## ORDER

IT IS SO FOUND AND ORDERED.

Dated: May 17, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE