**FILED**
September 17, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAMON JOSE LEVARIO, <br><br> Defendant. | Case No. 2:12-cr-00399-JAM-1 <br><br> **ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  **RAMON JOSE LEVARIO** , Case No. 2:12-cr-00399-JAM-1 , Charge 18 U.S.C. § 3606, from custody for the following reasons:

\_\_\_\_  Release on Personal Recognizance

\_\_\_\_  Bail Posted in the Sum of $ \_\_\_\_

\_\_\_\_  Unsecured Appearance Bond $ \_\_\_\_

\_\_\_\_  Appearance Bond with 10% Deposit

\_\_\_\_  Appearance Bond with Surety

\_\_\_\_  Corporate Surety Bail Bond

  X    (Other): **TIME SERVED as of September 18, 2024.**

DATED: September 17, 2024        /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE